ORIGINAL

ABAD_E.aacg2

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM

OCT 11 2006

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 01-00107 |
| Plaintiff, | ) | |
| vs. | ) | **ANNUAL ACCOUNTING IN GARNISHMENT** |
| EDITH R. ABAD, | ) | |
| Defendant. | ) | |

To: Bank of Hawaii
Attn.: Branch Manager
P.O. Box BH
Hagåtña, Guam 96932

Pursuant to Title 28 U.S.C. § 3205(c)(9)(A), the United States of America submits the following annual accounting of the monies and property received under the Writ of Continuing Garnishment filed in the above entitled action.

Pursuant to the Writ of Continuing Garnishment issued on or about March 13, 2003, $2,400.00 has been withheld from the Judgment Debtor and applied to the judgment debt.

RESPECTFULLY SUBMITTED this 10th day of October, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

PAYMENT HISTORY
FOR: 2002Z00046

DEBTOR: Abad, Edith Razo
COLLECTION TYPE: 6A
BALANCE AS OF SEPTEMBER 20, 2006:     $1,400.80

| DATE RCVD | FORM | COURT RECEIPT | CHECK NBR | PAYMENT AMOUNT |
|---|---|---|---|---|
| 19-OCT-2005 | GC/H | 0027376 | 3803883 | $ 200.00 |
| 18-NOV-2005 | GC/H | 0027560 | 3804151 | 200.00 |
| 20-DEC-2005 | GC/H | 0027767 | 3804464 | 200.00 |
| 19-JAN-2006 | GC/H | 0027947 | 3804724 | 200.00 |
| 17-FEB-2006 | GC/H | 0028136 | 3804969 | 200.00 |
| 17-MAR-2006 | GC/H | 0028290 | 3805242 | 200.00 |
| 21-APR-2006 | GC/H | 0028460 | 3805647 | 200.00 |
| 17-MAY-2006 | GC/H | 0028586 | 3805867 | 200.00 |
| 19-JUN-2006 | GC/H | 0028753 | 3806219 | 200.00 |
| 19-JUL-2006 | GC/H | 0029032 | 1-3498786 | 200.00 |
| 18-AUG-2006 | GC/H | 0029610 | 3806639 | 200.00 |
| 20-SEP-2006 | GC/H | 0029992 | 1-3499037 | 200.00 |

TOTAL DOLLAR AMOUNT OF PAYMENTS:     **$2,400.00**