ORIGINAL

EAY_F.aacg2

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

FILED
DISTRICT COURT OF GUAM
OCT 12 2006
MARY L.M. MORAN
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 01-00107 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| EDITH R. ABAD, | |
| Defendant, | |
| BANK OF HAWAII, | |
| Garnishee. | |

　　　　I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that a filed copy of the following: **Annual Accounting in Garnishment** was sent to the defendant and garnishee by mail on _October 12, 2006_ .

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_MICHELLE PEREZ_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　MICHELLE PEREZ