ORIGINAL

ABAD_E.ter

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAY 23 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>EDITH R. ABAD,<br><br>    Defendant,<br><br>BANK OF HAWAII,<br><br>    Garnishee. | CRIMINAL CASE NO. 01-00107<br><br>MOTION TO TERMINATE<br>WRIT OF CONTINUING<br>GARNISHMENT |

On or about September 30, 2004, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishee. On or about May 11, 2007, payment

//
//
//
//
//
//

in full was made. Plaintiff respectfully requests that the Court terminate the Writ of Continuing Garnishment against Defendant EDITH R. ABAD.

DATED this 23rd day of May, 2007.

> LEONARDO M. RAPADAS
> United States Attorney
> Districts of Guam and the NMI
>
> By: *[signature]*
> MARIVIC P. DAVID
> Assistant U.S. Attorney