ORIGINAL

1  **ABAD_E.facg**

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam  96910
   TEL:  (671) 472-7332
6  FAX:  (671) 472-7215

7  Attorney's for United States of America

8

9

10

**FILED**

DISTRICT COURT OF GUAM

JUN - 1 2007

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

11  UNITED STATES OF AMERICA,          )      CRIMINAL CASE NO. 01-00107
                                      )
12            Plaintiff,              )
                                      )
13      vs.                           )      **FINAL ACCOUNTING UPON**
                                      )      **TERMINATION OF GARNISHMENT**
14  EDITH R. ABAD,                    )
                                      )
15            Defendant,              )
    ──────────────────────────────────)

16

17      FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT

18  To:    Bank of Hawaii
           Attn.: Branch Manager
19         P.O. Box BH
           Hagåtña, Guam 96932
20

21          Pursuant to Title 28 U.S.C. § 3205(c)(9)(B), the United States of America submits the

22  following cumulative accounting of all monies and property received under the Writ of

23  Continuing Garnishment filed in the above entitled action.

24          Pursuant to the Writ of Continuing Garnishment issued on or about September 30, 20045.

25  $5,970.42 has been withheld from the Judgment Debtor and applied to the judgment debt.

26  //

27  //

28  //

You are notified that you have ten (10) days from the receipt of this final accounting to file a written objection to the accounting and request a hearing in accordance with Title 28, U.S.C. § 3205(c)(9)(B). If you do object, you must state your grounds for objection and send the written objection to the United States District Court of Guam, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam and the United States Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam  96910.

DATED this _23rd_ day of _May_____, 2007.


LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI


By:     _____
MARIVIC P. DAVID
Assistant U.S. Attorney

- 2 -

PAYMENT HISTORY
FOR: 2002Z00046

DEBTOR:  Abad, Edith R.
COLLECTION TYPE: 6A
BALANCE AS OF MAY 11, 2007:  $0.00

| DATE RCVD | FORM | COURT RECEIPT | CHECK NBR | PAYMENT AMOUNT |
| --------------- | --------- | ----------------------- | ----------------- | --------------------------- |
| 21-OCT-2004 | GC/H | 0025320 | 3800709 | $ 200.00 |
| 22-NOV-2004 | GC/H | 0025476 | 3800906 | 200.00 |
| 20-DEC-2004 | GC/H | 0025620 | 3801172 | 200.00 |
| 18-JAN-2005 | GC/H | 0025766 | 3801430 | 200.00 |
| 18-FEB-2005 | GC/H | 0025944 | 3801759 | 295.00 |
| 21-MAR-2005 | GC/H | 0026105 | 3802015 | 200.00 |
| 20-APR-2005 | GC/H | 0026255 | 3802315 | 200.00 |
| 17-JUN-2005 | GC/H | 0026590 | 3802872 | 105.00 |
| 19-JUL-2005 | GC/H | 0026781 | 3803139 | 166.24 |
| 17-AUG-2005 | GC/H | 0026937 | 3803394 | 200.00 |
| 19-SEP-2005 | GC/H | 0027107 | 3803642 | 200.00 |
| 19-OCT-2005 | GC/H | 0027376 | 3803883 | 200.00 |
| 18-NOV-2005 | GC/H | 0027560 | 3804151 | 200.00 |
| 20-DEC-2005 | GC/H | 0027767 | 3804464 | 200.00 |
| 19-JAN-2006 | GC/H | 0027947 | 3804724 | 200.00 |
| 17-FEB-2006 | GC/H | 0028136 | 3804969 | 200.00 |
| 17-MAR-2006 | GC/H | 0028290 | 3805242 | 200.00 |
| 21-APR-2006 | GC/H | 0028460 | 3805647 | 200.00 |
| 17-MAY-2006 | GC/H | 0028586 | 3805867 | 200.00 |
| 19-JUN-2006 | GC/H | 0028753 | 3806219 | 200.00 |
| 19-JUL-2006 | GC/H | 0029032 | 1-3498786 | 200.00 |
| 18-AUG-2006 | GC/H | 0029610 | 3806639 | 200.00 |
| 20-SEP-2006 | GC/H | 0029992 | 1-3499037 | 200.00 |
| 18-OCT-2006 | GC/H | 0030211 | 3806912 | 200.00 |
| 21-NOV-2006 | GC/H | 0030454 | 3807143 | 200.00 |
| 20-DEC-2006 | GC/H | 0030620 | 3807551 | 200.00 |
| 10-JAN-2007 | GC/H | 0030798 | 3807773 | 200.00 |
| 20-FEB-2007 | GC/H | 0031021 | 3808101 | 200.00 |
| 20-MAR-2007 | GC/H | 0031162 | 3808420 | 179.54 |
| 18-APR-2007 | GC/H | 0031321 | 3808642 | 200.00 |
| 17-MAY-2007 | GC/H | 0031492 | | 24.64 |

TOTAL DOLLAR AMOUNT OF PAYMENTS:  **$5,970.42**

- 3 -